IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION CRAWFORD ON BEHALF OF I.C.,

    Plaintiff,                                          No. CIV S-09-0997 KJM-GGH

    vs.

ELK GROVE UNIFIED SCHOOL DISTRICT,

    Defendant.                                        ORDER

_____/

        This matter comes before the court upon Mark Edward Zeller's motion to withdraw as attorney. (ECF 13.) Finding that Mr. Zeller has complied with Local Rule 182(d) and California Rules of Professional Conduct 3-700, the motion is hereby GRANTED. Plaintiff is instructed to notify the court within thirty days of the filing of this order if she has obtained new counsel or if she will be proceeding in pro per. Plaintiff is further instructed to pay the civil filing fee within thirty days of the filing of this order and to serve defendant with the complaint within forty-five days of the filing of this order. Failure to do so will result in dismissal of this action.

        IT IS SO ORDERED.

DATED: April 11, 2011.

                                                    UNITED STATES DISTRICT JUDGE