IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION CRAWFORD ON BEHALF OF I.C.,

       Plaintiff,                   No. CIV S-09-0997 KJM-GGH

   vs.

ELK GROVE UNIFIED SCHOOL DISTRICT,

       Defendants.

ORDER

       On April 11, 2011, this court issued an order (the "Order") which stated, in relevant part, "[p]laintiff is further instructed to pay the civil filing fee within thirty days of the filing of this order and to serve defendant with the complaint within forty-five days of the filing of this order. Failure to do so will result in dismissal of this action." ECF 18. More than forty-five days have passed since the Order was issued and plaintiff has not paid the filing fee or served the complaint on the defendant. Accordingly, this action is DISMISSED without prejudice.

       IT IS SO ORDERED.

DATED: June 1, 2011.

                                   UNITED STATES DISTRICT JUDGE